UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN O'SHEA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>24 HOUR FITNESS USA, INC.,<br><br>    Defendant. | Case No. 16-cv-01668-JSW<br><br>**ORDER TO SHOW CAUSE RE *PRO HAC VICE* APPLICATION OF RAFEY S. BALABANIAN, ESQ.**<br><br>Re: Dkt. No. 14 |

Rafey S. Balabanian, Esq., has filed an application for admission *pro hac vice*. This Court's Civil Local Rule 11-3(b) provides:

> **Disqualification from *Pro Hac Vice* Appearance.** Unless authorized by an Act of Congress or by an order of the assigned judge, an applicant is not eligible for permission to practice *pro hac vice* if the applicant:
>
> (1) Resides in the State of California; or
>
> (2) Is regularly engaged in the practice of law in the State of California. This disqualification shall not be applicable if the *pro hac vice* applicant (i) has been a resident of California for less than one year; (ii) has registered with, and completed all required applications for admission to, the State Bar of California; and
>
> (3) Has officially registered to take or is awaiting his or her results from the California State Bar exam.

N.D. Cal. Civil L.R. 11-3(b).

With regard to Mr. Balabanian's residence, the address of record listed on Mr. Balabanian's *pro hac vice* application is in San Francisco, California. The telephone number of record listed on Mr. Balabanian's application is (415) 212-9300, which is a San Francisco, California number. Additionally, the Court takes judicial notice of the fact that Mr. Balabanian's telephone number listed on his law firm's web page is (415) 234-5342, which is also in San

Francisco, California.  *See* https://www.edelson.com/team/rafey-s-balabanian/

With regard to whether Mr. Balabanian is regularly engaged in the practice of law in the State of California, a search of this Court's electronic filing system indicates that Mr. Balabanian is listed as an attorney in fifty cases, including this case, filed in this Court between 2008 and the present.  The Court is not aware of whether Mr. Balabanian practices in other federal or state courts in the State of California.

Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE why the Court should not deny Mr. Balabanian's application for admission *pro hac vice* pursuant to Civil Local Rule 11-3(b).  *See generally Ang v. Bimbo Bakeries USA, Inc.*, No. 13-cv-01196-WHO, 2015 WL 1474866, \*\* 2-3 (N.D. Cal. Jan. 14, 2015) (overruling objections to *pro hac vice* application); *Guguni v. Chertoff*, No. C-08-1850 JL, 2008 WL 2080788, \* 1 (N.D. Cal. 2008) (vacating order granting application to appear *pro hac vice*).

By May 26, 2016, Plaintiffs shall either file a response to this order to show cause or withdraw Mr. Balabanian's *pro hac vice* application.  If Plaintiffs elect to file a response to the order to show cause, Defendant may respond to Plaintiffs' filing by June 2, 2016.  By June 9, 2016, Plaintiffs may file a reply to any response filed by Defendant.  The matter shall be submitted upon the filing of Plaintiffs' reply, unless the Court schedules a hearing.

**IT IS SO ORDERED.**

Dated: May 19, 2016

JEFFREY S. WHITE
United States District Judge