1  Elizabeth L. Deeley (SBN 230798)
   Christopher W. Keegan (SBN 232045)
2  KIRKLAND & ELLIS LLP
   555 California Street, 27th Floor
3  San Francisco, CA  94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   Email: edeeley@kirkland.com
5  Email: chris.keegan@kirkland.com

6  Attorneys for Defendant
   *24 Hour Fitness USA, Inc.*
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | *In re 24 Hour Fitness Prepaid Memberships Litigation* | CASE NO. 4:16-cv-01668 |
   |---|---|
   |  | CONSOLIDATED CASES:<br>    No. 3:16-cv-01668-JSW<br>    No. 3:16-cv-02359-JSW |
   |  | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br> AND ORDER THEREON |

**WHEREAS**, on April 1, 2016, Plaintiffs Kevin O'Shea, Mark Vitcov, and Rod Morris, filed a complaint in the United States District Court for the Northern District of California, on behalf of themselves and all others similarly situated, Case No. 3:16-cv-01668-EDL;

**WHEREAS**, on April 29, 2016, Plaintiff Russell Marchewka filed a complaint in the United States District Court for the Northern District of California, on behalf of himself and all others similarly situated, Case No. 3:16-cv-02359-MEJ.  Plaintiffs Russell Marchewka, Kevin O'Shea, Mark Vitcov, and Rod Morris, are hereinafter collectively referred to as "Plaintiffs";

**WHEREAS**, on May 17, 2016, the Court set a case management conference for July 29, 2016, and ordered Plaintiffs and Defendant 24 Hour Fitness USA, Inc. ("Defendant") (collectively, the "Parties") to file a joint case management conference statement by July 22, 2016 (ECF No. 16);

**WHEREAS**, on June 28, 2016, the Court consolidated the above-referenced matters for pre-trial purposes as *In re 24 Hour Fitness Prepaid Memberships Litigation*, Case No. 4:16-cv-01668-JSW, and ordered the Parties to file a stipulation and proposed order regarding the schedule for filing a consolidated complaint  (ECF No. 37);

**WHEREAS**, on July 1, 2016, the Court ordered Plaintiffs to file a consolidated complaint no later than July 26, 2016 (ECF No. 39);

**WHEREAS**, the current deadline to file the Parties' joint case management statement, July 22, 2016, is before the deadline for Plaintiffs to file a consolidated complaint, July 26, 2016;

**WHEREAS**, the Parties wish to address issues raised in the forthcoming consolidated complaint before filing a joint case management statement and conducting a case management conference;

**WHEREAS**, to provide the Parties an opportunity to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and file a joint case management statement after having the opportunity to address issues raised in the forthcoming consolidated complaint, and to avoid the unnecessary expenditure of court resources, the Parties have stipulated, subject to Court approval, to a continuance of the case management conference to September 2, 2016, and an extension of the deadline to file the joint case management statement from July 22, 2016, to  August 26, 2016.

**NOW THEREFORE**, the Parties hereby stipulate, subject to Court approval, that:

1  The case management conference scheduled for July 29, 2016 is continued to September 2, 2016, at 11:00 AM;

The deadline to file a joint case management statement is extended to August 26, 2016.

DATED: July 18, 2016              /s/ Elizabeth L. Deeley
Elizabeth L. Deeley
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: edeeley@kirkland.com

DATED: July 18, 2016              /s/ Eve-Lynn J. Rapp    (with Permission)
Eve-Lynn J. Rapp
Edelson PC
329 Bryant St, Suite 2C
San Francisco, CA 94107
Telephone: (415) 212-9300
Facsimile: (415) 373-9435
Email: erapp@edelson.com

DATED: July 18, 2016              /s/ Rosemary M. Rivas (with Permission)
Rosemary M. Rivas
Finkelstein Thompson LLP
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704
Email: rrivas@finkelsteinthompson.com

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE        2        CASE NO. 4:16-CV-01668

**ORDER**

Pursuant to the stipulation of the Parties, and for good cause shown, the Court orders as follows:

The case management conference scheduled for July 29, 2016 shall be continued to September 2, 2016, at 11:00 AM, and the Parties shall file a joint case management conference statement by August 26, 2016.

**IT IS SO ORDERED**

DATED: __July 19, 2016__        _____
                                Hon. Jeffrey S. White
                                United States District Court Judge