1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN O'SHEA, et al.,

Plaintiffs,

v.

24 HOUR FITNESS USA, INC.,

Defendant.

Case No. 16-cv-01668-JSW

**ORDER REGARDING GATENBY OBJECTION**

This matter is scheduled for a hearing on June 1, 2018, to consider Plaintiffs' motion for final approval of a class action settlement.  According to Plaintiff's motion, Andy Gatenby objects to the Settlement.  (*See* Dkt. No. 134-1, Declaration of Rafey Balabanian, Ex. C.)  The Court understands Plaintiff takes the position that Mr. Gatenby has waived his objection and his right to speak at the hearing because he did not file his objection with the Court and simply sent the objection to counsel.

The Settlement Class has been defined as:

> all Persons in the United States who were enrolled in a 24 Hour Fitness Prepaid Membership *as of April 2015*, as indicated in 24 Hour Fitness's membership records system, excluding: … (d) any Person whose Prepaid Membership was terminated but who did not receive notice of Increased Annual Renewal Amount, as indicated in 24 Hour Fitness's membership records system, and (e) any Persons who properly submit an Opt Out.

According to Mr. Gatenby's objection, Defendant did not sell its clubs in Arizona until November 2015, and he has not opted out.

In the event the Court determines it will consider the merits of the objection, the Court ORDERS the parties to provide a substantive response to the objection, including a statement as to whether either party contends Mr. Gatenby is not a member of the Settlement Class and, if so, on

1   what basis.

2          The parties' responses to this Order shall be due by 3:00 p.m. on May 30, 2018.

3   **IT IS SO ORDERED.**

4   Dated:  May 25, 2018

5          _____
       JEFFREY S. WHITE
6       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28